# MEMORANDUM

**TO:** Honorable Alice M. Batchelder
Sixth Circuit Court of Appeals
Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202

**FROM:** U.S. District Judge Curtis L. Collier

**SUBJECT:** Advance Authorization for Investigative and Interpreter Services

It is requested that advance authorization be granted to obtain services in an amount in excess of the maximum allowed under the provisions of subsection (e)(3) of the Criminal Justice Act, 18 U.S.C. § 3006A, as follows:

**Case Name & Designation:** USA vs. Ramiro Onofre - 4:06-cr-6-07

**Name of Expert or Investigator:** Trey Adcock / Steve Dirthick

**Address:** 1010 Market St, Ste 306, Chatt., TN 37402 / 829 Vine St., Chatt., TN 37403

**Type of Expert:** Investigator / Interpreter

**Reason for Application:** The reason for the application is set out in the attached Second Motion to Appoint Expert Investigator and Interpreter and Memorandum. Counsel for defendant has advised that it is projected that further investigative and interpreter services will require an additional cost of $1,000.00, for a total approved amount not to exceed $2,600.00.

**Estimated Compensation.** $2,600.00

I certify that the estimated compensation in excess of the maximum set forth in subsection (e)(3) of the Criminal Justice Act appears necessary to provide fair compensation for services of an unusual character or duration and therefore recommend approval of this advance authorization in the amount of an additional $1,000.00.

_____
U.S. District Judge Curtis L. Collier        Date

_____        1-22-07
Honorable Alice M. Batchelder        Date
U.S. Court of Appeals